ACCEPTED
09-17-00133-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 9:46 AM
CAROL ANNE HARLEY
CLERK

## CAUSE NO. 09-17-00133-CR

| | | |
|---|---|---|
| **JAMES DWAYNE CROWLEY** | § | **IN THE COURT OF APPEALS FOR** |
| | § | |
| **V.** | § | **THE NINTH DISTRICT OF TEXAS,** |
| | § | |
| **THE STATE OF TEXAS** | § | **AT BEAUMONT, TEXAS** |

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 9:46:56 AM
CAROL ANNE HARLEY
Clerk

_____

## STATE'S MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

_____

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW the State of Texas, by the undersigned assistant district attorney, and moves the Court for an extension of time to file its appellate brief in the above-captioned case. The State would respectfully show the Court the following:

1. On March 22, 2017, a jury found the appellant guilty of aggravated robbery and assessed his punishment at life imprisonment.

2. The appellant filed his notice of appeal on March 31, 2017.

3. The appellant filed his brief on November 13, 2017.

4. The State's brief is due to be filed in this Court on December 13, 2017.

5. The State has not previously requested extension of time to file its brief.

6. The State hereby requests a 30-day extension of time to file its brief, until June 9, 2017.

1

7. Good cause exists for the requested extension of time, for the following reasons:

In the past thirty days, the undersigned counsel for the State has been require to prepare and file the State's motion to designate factual issues for resolution in *Ex parte William Stephen Carpenter*, Cause No. 14-03-03494-CR-(3); the State's motion to designate factual issues for resolution in *Ex parte Barron Washington*, Cause No. 15-10-11054-CR-(2); the State's answer to application for post-conviction writ of habeas corpus in *Ex parte Kenneth Dale Hardy*, Cause No. 13-05-05833-CR-(1); and the State's brief in *Trenard Jermaine Smith v. The State of Texas*, Cause No. 09-17-00081-CR.

Our office was also closed on November 23rd and November 24th 2017 for the Thanksgiving holiday.

Consequently, counsel has not had sufficient time to prepare an adequate State's brief in this case.

THEREFORE, the State requests an extension of time to file its brief until January 12, 2017, in this case.

Respectfully submitted,

Brett W. Ligon
District Attorney
Montgomery County, Texas


/s/ *Philip S. Harris*
Philip S. Harris
Assistant District Attorney
Montgomery County, Texas
S.B.T. No. 24086583
207 W. Phillips, Second Floor
Conroe, Texas 77301
(936) 539-7800
E-mail: Philip.Harris@mctx.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was sent by e-mail to Michael T. Griffin, attorney for the appellant, at mtg@griffinandcain.com, on the date of the filing of the original with the Clerk of this Court.

/s/ *Philip S. Harris*
Philip S. Harris
Assistant District Attorney
Montgomery County, Texas